UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 11  P 4: 22

US DISTRICT COURT
HARTFORD CT

GARY S. MAYERSON,
M.L., and G.L.,

    Plaintiffs,

v.

CASE NO. 3:02CV231 (RNC)

THEODORE S. SERGI,
Commissioner, Connecticut
Department of Education,

    Defendant.

### ORDER

In view of the recent status report from Assistant Attorney General Ralph Urban, it is hereby ORDERED that by no later than **March 5, 2004,** counsel shall report in a writing addressed to the undersigned their progress in reaching a settlement in this case.

SO ORDERED this 11th day of December, 2003 at Hartford, Connecticut.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

03CV301wdaction

*[Margin annotation, rotated:]* The Clerk shall docket this document as a motion to withdraw all claims against Defendants City of Waterbury and Chief Edward Flaherty, and that motion is hereby GRANTED. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 12/8/03

03CV301endmotnwd

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR PEREIRA<br>Plaintiff | : CIVIL NO. 3:03 CV0301(AWT) |
| VS. | : |
| POLICE CHIEF EDWARD FLAHERTY,<br>ET AL<br>Defendants | :<br>:<br>: NOVEMBER 24, 2003 |

## WITHDRAWAL

The Plaintiff, VICTOR PEREIRA, in the above-referenced matter, hereby withdraws his Complaint as to the Defendants, City of Waterbury and Chief Edward Flaherty, only.

THE PLAINTIFF,
VICTOR PEREIRA

By _____
Christopher G. Santarsiero
Federal bar Number: ct 13603
100 Grand Street
Suite 2C
Waterbury, CT 06702
(203) 756-5640

1