UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8  P 2: 43

U.S. DISTRICT COURT
HARTFORD, CT.

GARY S. MAYERSON,
M.L., and G.L.,

    Plaintiffs,

v.

THEODORE S. SERGI,
Commissioner, Connecticut
Department of Education,

    Defendant.

CASE NO. 3:02CV231 (RNC)

### ORDER

In view of the recent status report from Assistant Attorney General Ralph Urban, it is hereby ORDERED that by no later than **May 3, 2004,** counsel shall report in a writing addressed to the undersigned their progress in reaching a settlement in this case.

SO ORDERED this 8th day of March, 2004 at Hartford, Connecticut.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE