UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY S. MAYERSON, M.L. AND G.L.  :    CIVIL ACTION NO.
                                      3:02CV231(RNC)

    V.                            :
                                  :
THEODORE SERGI, COMMISSIONER,
CONNECTICUT DEPARTMENT OF
EDUCATION.                        :
                                  :    MAY 26, 2004

### STIPULATION TO DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiffs and the defendants in the above action hereby stipulate to the dismissal of this action with prejudice.


PLAINTIFF
GARY MAYERSON, M.L. and G.L.

By: _____
Charles S. Harris - ct 11608    Date
Harris & Harris
11 Belden Avenue, 2d Floor
Norwalk, CT 06850-3347

DEFENDANTS
THEODORE SERGI, COMMISSIONER
CONNECTICUT DEPARTMENT OF
EDUCATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____  5/26/04
Ralph E. Urban - ct 00349    Date
Assistant Attorney General
55 Elm Street
Hartford, CT 06141-0120