02CV231/stipdism



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GARY S. MAYERSON, M.L. AND G.L.    :    CIVIL ACTION NO.
                                   :    3:02CV231(RNC)

                V.                 :
                                   :
THEODORE SERGI,  COMMISSIONER,     :
CONNECTICUT DEPARTMENT OF          :
EDUCATION.                         :
                                   :    MAY **26**, 2004

### STIPULATION TO DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiffs and the defen-

dants in the above action hereby stipulate to the dismissal of this action with prejudice.

PLAINTIFF                          DEFENDANTS
GARY MAYERSON, M.L. and G.L.       THEODORE  SERGI, COMMISSIONER
                                   CONNECTICUT DEPARTMENT OF
                                   EDUCATION

                                   RICHARD BLUMENTHAL
                                   ATTORNEY GENERAL

By: _____             By: _____  5/26/04
Charles S. Harris - ct 11608  Date    Ralph E. Urban - ct 00349   Date
Harris & Harris                    Assistant Attorney General
11 Belden Avenue, 2d Floor         55 Elm Street
Norwalk, CT 06850-3347             Hartford, CT  06141-0120

June 2, 2004.    Approved.    So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2004 JUN -2 P 2: 07
U.S. DISTRICT COURT
HARTFORD, CT.

FILED
2004 JUN -1 A 10: 14
U.S. DISTRICT COURT
HARTFORD, CT.